UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                             :

IN RE: KEURIG GREEN MOUNTAIN    :
SINGLE-SERVE COFFEE ANTITRUST   :
LITIGATION                             :
                             :          14-md-2542 (VSB)
*This Document Concerns All Related Actions*  :
                             :            **ORDER**
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2021

VERNON S. BRODERICK, United States District Judge:

       On August 13, 2021, I issued an endorsement granting the parties' proposed sealing

procedures outlined at Document 1435.  (Doc. 1436.)  In that endorsement, I stated that I was

adopting "the parties' proposed sealing procedure for *Daubert* and summary judgment

materials."  (*Id.*)  In the parties' letter, they proposed that "[t]he parties use a similar procedure

for the Direct Purchaser Plaintiffs' reply in support of class certification," and then outlined the

procedure in more detail.  (Doc. 1435.)  On August 16, 2021, I received a communication from

Direct Purchaser Plaintiffs and Defendant, requesting clarification as to whether my endorsement

at Document 1436 applied to the Direct Purchaser Plaintiffs' reply brief.  Accordingly, it is

hereby:

       ORDERED my order at Document 1436 applies to the Direct Purchaser Plaintiffs' reply

brief in support of class certification.  I adopt the parties' proposed sealing procedure as outlined

in that order.

       SO ORDERED.

Dated: August 17, 2021
       New York, New York

                               Vernon S. Broderick
                               United States District Judge